**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6575**

---

THADESE MOORE, SR.,

                                         Plaintiff - Appellant,

     versus

CAMERON G. CHANDLER, Assistant U. S. Attorney;
CHARLES E. SIMMONS, JR., Senior US District
Judge; BRISTOW MARCHANT, US Magistrate Judge;
CHRISTI G. SEXTON, Internal Revenue Service,
Special Agent; DAVID BEALL, Federal Bureau of
Investigation, Special Agent; MARVIN CAUGHMAN;
JAMES R. PARKS, Supervising U.S. Probation
Officer,

                                Defendants - Appellees,

     and

CHARLES H. WILLIAMS, P.A.; LIONEL S. LOFTON;
PAUL W. PITTARD, JR., Attorney in Fact; STATE
LAW ENFORCEMENT DIVISION; CAPTAIN HEATON,
Orangeburg County Narcotics Task Force; SC
DEPARTMENT OF REVENUE AND TAXATION; W. SCOTT
PALMER, Personal Representative of Estates;
DAVID S. SCHWARTZ, Employee for the County of
Orangeburg, South Carolina,

                                      Defendants.

---

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg. Cameron McGowan Currie, District
Judge. (CA-01-2168-5-22BC)

---

Submitted: June 20, 2002          Decided: June 27, 2002

---

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Thadese Moore, Sr., Appellant Pro Se. Robert F. Daley, Jr., Assistant United States Attorney, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thadese Moore, Sr., appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his civil rights action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Moore v. Williams, No. CA-01-2168-5-22BC (D.S.C. filed Mar. 29, 2002; entered Apr. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED